UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-123 (RHK/RLE)


UNITED STATES OF AMERICA,      )
                               )
              PLAINTIFF,       )
         v.                    )      FINAL ORDER OF FORFEITURE
                               )
BRENT WAYNE ROBERTSON,         )
                               )
              DEFENDANT.       )


WHEREAS, on November 3, 2005, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 18 U.S.C. § 2253(a):

a.   one Toshiba Laptop Satellite 1415-S105, Serial No. 13099677P;

b.   one Microsoft Internet Keyboard, Serial No. 5174202828040;

c.   one Belkin Keyboard F8E206, Serial No. 0039121;

d.   Easy Photo Image Wave #7200-A8181-00688-00447;

e.   one Gateway Computer Tower GP5200, Serial No. 0008397432;

f.   one USB Adaptor, Serial No. BWU35000308; and

g.   approximately 144 CDs, 267 floppy disks and 3 zip disks;

WHEREAS, on November 30, December 7 and December 14, 2005, the plaintiff published notice of the forfeiture of the above-described visual depictions and computer equipment in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of this property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in this property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.   all right, title and interest in the above-described visual depictions and computer equipment is hereby forfeited to and vested in the United States of America; and

2.   the above-described visual depictions and computer equipment shall be disposed of by the United States Marshal  in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/25/06          s/Richard H. Kyle
                        RICHARD H. KYLE, Judge
                        United States District Court